CITY OF MIDDLETOWN, Respondent, *v.* THE ÆTNA INDEMNITY COMPANY OF HARTFORD, CONNECTICUT, Appellant, Impleaded with Others.

*City of Middletown* v. *Ætna Indemnity Co.*, 127 App. Div. 914, affirmed.
(Submitted October 13, 1909; decided October 29, 1909.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered June 11, 1908, affirming a judgment in favor of plaintiff entered upon a verdict and an order denying a motion for a new trial in an action to recover upon a surety bond.

*Frank H. Finn* for appellant.

*Thomas Watts* for respondent.

Judgment affirmed, with costs; there being no exception that presents the question of the allowance of interest on the penalty of the bond; no opinion.

Concur: CULLEN, Ch. J., EDWARD T. BARTLETT, HAIGHT, VANN, WILLARD BARTLETT, HISCOCK and CHASE, JJ.